IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No. 17-mj-4013-1 |
| | ) |
| FREDRICO BRADLEY | ) |

### ORDER

**BEFORE** the Court is the Motion for Detention of the United States of America requesting detention of the Defendant pending the trial of this matter. The Court having reviewed the Motion finds that no condition or combination of conditions of release pending trial will reasonably assure the appearance of the Defendant as required or reasonably assure the safety of the community or any other person.

**IT IS THEREFORE ORDERED** that the Defendant, _____, is detained pending the trial of this matter.

**SIGNED** this 5th day of October, 2017.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 05 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

_____
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

3